UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER,<br><br>          Plaintiff,<br><br>     v.<br><br>DISTRICT ATTORNEY, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-00951 AWI BAK (HBK)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION**<br><br>(Doc. 8) |

Plaintiff DeCheri Hafer is proceeding *pro se* in this civil rights action initiated on July 22, 2022.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this action, finding removal from state court improper and remand unavailable. (Doc. 8.) Plaintiff was afforded 14 days within which to file objections. (*Id.* at 6.) Plaintiff was served that same date at her address on record with the Court. More than 14 days have passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on August 3, 2022 (Doc. 8) are **ADOPTED** in full;
2. This action is **DISMISSED**; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 8, 2022                               _____
                                                                                SENIOR DISTRICT JUDGE